UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

SELAM SELAH

                                        Plaintiff,

        **-v.-**

                                          Civil Action No.
                                        9:09-cv-1363 (GLS/DEP)


BRIAN FISCHER, *et al.*


                                        Defendant.

-------------------------------------------------------------------------------


APPEARANCES:                            OF COUNSEL:


**FOR THE PLAINTIFF:**


SELAM SELAH
*Pro Se*
08-B-2266
Cape Vincent Correctional Facility
P.O. Box 739
Cape Vincent, New York 13618


**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN          CHRISTOPHER W. HALL, ESQ.
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, New York 12224


GARY L. SHARPE,
CHIEF JUDGE


                        **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge David E. Peebles, duly filed March

24, 2015. Following fourteen days from the service thereof, the Clerk has

sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the

Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge

David E. Peebles filed March 24, 2015 (Dkt. No. 223) is ACCEPTED in its

entirety for the reasons stated therein; and it is further

ORDERED that defendants' motion for summary judgment (Dkt. No.

198) is granted, and that all remaining claims set forth in plaintiff's complaint

are DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this

Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated:     April 15, 2015
           Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court